# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 34. Disclosure Statement under FRAP 26.1 and Circuit Rule 26.1-1**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form34instructions.pdf

**9th Cir. Case Number(s)** 25-0584

Name(s) of party/parties, prospective intervenor(s), or amicus/amici filing this form:

Defendants-Real Parties in Interest are Meta Platforms, Inc.; Meta Payments, Inc.; Meta Platforms Technologies, LLC; and Instagram, Inc.

Under FRAP 26.1 and Circuit Rule 26.1-1, I make the following disclosures:

1. I disclose the following information required by FRAP 26.1(a) and/or Circuit Rule 26.1-1(b) for any nongovernmental corporation, association, joint venture, partnership, limited liability company, or similar entity[1] which is a party, prospective intervenor, or amicus curiae in any proceeding, or which the government identifies as an organizational victim below in section 2 of this form,[2] or which is a debtor as disclosed below in section 3 of this form.

    a. Does the party, prospective intervenor, amicus, victim, or debtor have any parent companies? Parent companies include all companies that control the entity directly or indirectly through intermediaries.
        ● Yes    ○ No

        If yes, identify all parent corporations of each entity, including all generations of parent corporations *(attach additional pages as necessary)*:

        See attached appendix.

    b. Is 10% or more of the stock of the party, prospective intervenor, amicus, victim, or debtor owned by a publicly held corporation or other publicly held entity?
        ● Yes    ○ No

---

[1] A corporate entity must be identified by its full corporate name as registered with a secretary of state's office and, if its stock is publicly listed, its stock symbol or "ticker."

[2] To the extent it can be obtained through due diligence.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 34                                       1                              New 12/01/24

If yes, identify all such owners for each entity *(attach additional pages as necessary)*:

> See attached appendix.

2. In a criminal case, absent good cause shown, the government must identify here any organizational victim of the alleged criminal activity:

> Not applicable.

3. In a bankruptcy case, the debtor, the trustee, or, if neither is a party, the appellant must identify here each debtor not named in the court of appeals caption:

> Not applicable.

4. Are you aware of any judge serving on this Court who participated at any stage of the case, either in district court, administrative proceedings, or in related state court proceedings?
   ○ Yes   ◉ No

   If yes, list the name of the judge and the case name, case number, and name of court of the related proceedings:

I certify that *(select only one)*:

◉ this is the first disclosure statement filed in the above-referenced case by the above-identified party/parties, prospective intervenor(s), or amicus/amici, and this disclosure statement complies with FRAP 26.1 and Circuit Rule 26.1-1.

○ the party/parties, prospective intervenor(s), or amicus/amici submitting this supplemental disclosure statement has previously filed a compliant disclosure statement in this case, and this updated disclosure statement discloses changed or additional information.

○ I have reviewed this form, FRAP 26.1, and Circuit Rule 26.1-1 and, to the best of my knowledge, have no information to disclose at this time.

**Signature** s/ Mark W. Mosier    **Date** 02/10/2025
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 34                               2                          New 12/01/24

# APPENDIX

ANSWER TO 1(a) and 1(b):

Meta Platforms, Inc. is a publicly traded corporation (NASDAQ: META) with no parent corporation, and, to its knowledge, no publicly held corporation owns 10% or more of its stock as of its most recent Proxy Statement.

Defendants-Real Parties in Interest Meta Payments, Inc.; Meta Platforms Technologies, LLC; and Instagram, Inc. are directly owned by Meta Platforms, Inc.