| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | FEB 28 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

IN RE: PEOPLE OF THE STATE OF CALIFORNIA.

_____

PEOPLE OF THE STATE OF CALIFORNIA,

        Plaintiff - Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND,

        Respondent,

META PLATFORMS, INC.; et al.,

        Defendants - Real Parties in Interest,

and

STATE OF KENTUCKY; et al.,

        Plaintiffs - Real Parties in Interest.

No. 25-584

D.C. Nos.
22-MD-3047-YGR
4:23-cv-05448-YGR
Northern District of California, Oakland

ORDER

Before: CANBY, M. SMITH, and FORREST, Circuit Judges.

Resolution of the petition for a writ of mandamus and the request for a stay of the magistrate judge's September 6, 2024 discovery order are stayed pending the

district court's resolution of the September 20, 2024 objections.

Within seven days after the district court's ruling on the pending objections, petitioner must file a status report and/or a request for appropriate relief.

The clerk will serve this order on the district judge.