UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 31 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IN RE: PEOPLE OF THE STATE OF CALIFORNIA. <br> _____ <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Plaintiff - Petitioner, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND, <br><br> Respondent, <br><br> META PLATFORMS, INC.; et al., <br><br> Defendants - Real Parties in Interest, <br><br> and <br><br> STATE OF KENTUCKY; et al., <br><br> Plaintiffs - Real Parties in Interest. | No. 25-584 <br><br> D.C. Nos. <br> 22-MD-3047-YGR <br> 4:23-cv-05448-YGR <br> Northern District of California, Oakland <br><br> ORDER |

The Motion to Intervene/Join the State of California's Petition for a Writ of Mandamus, dkt. 8, is GRANTED. Intervenor States may join California's Petition for a Writ of Mandamus. Meta's Cross-Motion to Strike, dkt. 19, is DENIED.

The Office of the Governor of California et al.'s Motion for Leave to File Amicus Curiae Brief, dkt. 10, is GRANTED. The Governor of the State of New York's Motion for Leave to File Amicus Curiae Brief, dkt. 11, is GRANTED. The request by the Offices of the Governor of Colorado and the Governor of Kansas to join the amicus curiae briefs filed by the Governor of California et al. and the Governor of the State of New York, dkt. 20, is GRANTED. The request by the Office of Arizona Governor Katie Hobbs and the Governor's Office of Strategic Planning and Budgeting to join the amicus curiae briefs filed by the Governor of California et al. and the Governor of the State of New York, dkt. 21, is GRANTED. The request by the Office of the Governor of the Commonwealth of Pennsylvania to join the amicus curiae briefs filed by the Governor of California et al. and the Governor of the State of New York, dkt. 22, is GRANTED. The request by the National Governors Association to join the amicus curiae briefs filed by the Governor of California et al. and the Governor of the State of New York, dkt. 41, is GRANTED.

The Office of the California Governor et al.'s Motion to Participate in Oral Argument, dkt. 52, is GRANTED. These agencies shall divide their time with California as follows: 15 minutes for California and 5 minutes for the agencies.

Intervenor States' Motion to Participate in Oral Argument, dkt. 53, is DENIED. Two judges voted to deny this motion, and one judge voted to grant the States 5 minutes for oral argument.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT